IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY J. MORRISETT                                                                PLAINTIFF

V.                              NO.  3:06CV00104 JMM

DAN LANGSTON, et al                                                              DEFENDANTS

ORDER

On July 31, 2006, Plaintiff filed a new application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (docket entry #7) as directed by the Court's July 12, 2006, order (see docket entry #4).  One week later he filed a notice of change of address and motion to voluntarily dismiss this 42 U.S.C. § 1983 complaint in its entirety and without prejudice (docket entry #8), with no further explanation. There are no objections as no Defendant has been served; therefore, the Court finds that no reason exists to deny Plaintiff's request.

Plaintiff's motion to voluntarily dismiss (docket entry #8) is hereby GRANTED. Judgment will be entered dismissing Plaintiff's complaint without prejudice.  All remaining pending motions are DENIED AS MOOT.

IT IS SO ORDERED this 15th day of August, 2006.


UNITED STATES DISTRICT JUDGE