IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY J. MORRISETT                                                                  PLAINTIFF

V.                                      NO.  3:06CV00104 JMM

DAN LANGSTON, et al                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this 15th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE